IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ERIC D. McNEAL, | : | |
| Petitioner | : | |
| VS. | : | NO. 7:07-CV-44 (HL) |
| KEVIN ROBERTS, Warden, | : | PROCEEDINGS UNDER 28 U.S.C. § 2254 |
| | : | BEFORE THE U.S. MAGISTRATE JUDGE |
| Respondent | : | |
| | : | **O R D E R** |

*Pro se* petitioner **ERIC D. McNEAL**, an inmate at Lee State Prison in Leesburg, Georgia, has filed an application for writ of habeas corpus under 28 U.S.C. § 2254. However, petitioner has not submitted the filing fee of $5.00 or a financial affidavit seeking leave to proceed *in forma pauperis*. Nor has the petitioner presented his habeas corpus claims on the standard habeas corpus form required by this Court.

Accordingly, petitioner is hereby **ORDERED** to complete and submit a 28 U.S.C. § 2254 form AND either submit the full filing fee of $5.00, or execute and return a financial affidavit seeking leave to proceed *in forma pauperis* including a copy of his trust fund account balance. Petitioner shall have thirty (30) days from the date of his receipt of this order to provide the aforementioned information. Petitioner is advised that failure to submit the form, pay the fee or submit the required affidavit may result in dismissal of this action.

The Clerk of Court is **DIRECTED** to forward the appropriate habeas forms and financial affidavit to the petitioner together with a copy of this order.

**SO ORDERED**, this 16th day of May, 2007.

*/s/ Richard L.Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE