**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

|  |  |  |
|---|---|---|
| | **:** | |
| **ERIC D. MCNEAL,** | | |
| | **:** | |
| Petitioner | **:** | |
| | **:** | |
| **v.** | **:** | CASE NO. 7:07-CV-44(HL) |
| | **:** | |
| | **:** | |
| **KEVIN ROBERTS, Warden,** | | |
| | **:** | |
| Respondent | **:** | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 16) filed January 17, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the petitioner to the Magistrate Judge's Recommendation (Doc. 17) filed January 25, 2008 has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 29th day of January, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**